Eric W. Moran (024192001)
Anthony Argiropoulos (024861997)
150 College Road West, Suite 301
Princeton, New Jersey 08540
(609) 455-1540
EMoran@ebglaw.com
AArgiropoulos@ebglaw.com

*Counsel for Envision Healthcare Operating, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: SUBPOENA TO OPTUM, INC.**<br><br>**Movant: Envision Healthcare Operating Inc.** | **NOTICE OF ENVISION HEALTHCARE OPERATING INC.'S MOTION TO COMPEL**<br><br>Motion Day: September 16, 2024 |

**PLEASE TAKE NOTICE** that, on September 16, 2024, Envision Healthcare Operating Inc. ("Envision"), by and through their attorneys, Epstein Becker & Green, P.C., will move before this Court for an Order granting Envision's Motion to Compel Optum, Inc.'s Compliance with Subpoena.

**PLEASE TAKE FURTHER NOTICE** that Envision will rely on its incorporated Memorandum of Law, Declaration of Eric W. Moran, Esq., and accompanying exhibits submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted.

**PLEASE TAKE FURTHER NOTICE** that Envision respectfully requests oral argument.

*/s/ Eric W. Moran*
Eric W. Moran

Dated: August 20, 2024