# EXHIBIT B

| | |
|---|---|
| **From:** | Kevin T. Elkins |
| **Sent:** | Friday, October 27, 2023 4:38 PM |
| **To:** | Kurtz, Jamie R.; Eric W. Moran; Anthony Argiropoulos |
| **Cc:** | Moore, Nathaniel J.; Pettit, Jess M.; Guith, Marcus A.; Nelson, Kyle D. |
| **Subject:** | Notice of Third Party Subpoenas - Envision v. United Case No. 22-cv-693 (M.D. Tenn.) |
| **Attachments:** | Optum Subpoena Duces Tecum Executed.pdf; Yale Subpoena Duces Tecum Executed.pdf |

Jamie,

This email will act as notice pursuant to Fed. R. Civ. P. 45(a)(4) of the two attached third party subpoenas which will be served on Monday.

Thanks,